UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE GRKOVIC,

Plaintiff,

v.

VIRGINIA MASON FRANCISCAN HEALTH,

Defendant.

CASE NO. 3:26-cv-05742-DGE

ORDER DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS (DKT. NO. 7)

This matter comes before the Court on its own review of the record. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), a party may amend its pleading once as a matter of right no later than 21 days after service of a responsive pleading, or relevant here, 21 days after service of a motion under Federal Rule of Civil Procedure 12(b). On September 25, 2026, Defendant filed a motion to dismiss Plaintiff's complaint. (Dkt. No. 7.) On October 16, 2026, Plaintiff filed an amended complaint. (Dkt. No. 13.)

As Plaintiff's amended complaint supersedes his original complaint, the Court DENIES as moot Defendant's motion to dismiss (Dkt. No. 7) Plaintiff's original complaint (Dkt. No. 3).

*See Valadez v. Chertoff*, 656 F.3d 851, 857 (9th Cir. 2011); *Umouyo v. Bank of America NA*, 2022 WL 2392386, at *1 (W.D. Wash. July 1, 2022). Defendant may file a new motion to dismiss, if appropriate, based on the amended complaint.

Dated this 28th day of October, 2026.

David G. Estudillo
United States District Judge